UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVONE EARL,<br>Plaintiff,<br>v.<br>PAT HORN, et al.,<br>Defendants. | No. 1:26-cv-04054-JLT-SAB (PC)<br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING<br>(ECF No. 18) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to extend the time to file a responsive pleading. Good cause having been presented, it is HEREBY ORDERED that the deadline to file a responsive pleading is extended to **November 16, 2026**.

IT IS SO ORDERED.

Dated: **October 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge